JULIA F. DAY [CSB#088211]
BENJAMIN A. EMMERT [CSB#212157]
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, California 95112
Telephone Number   :   408/286-0880
Facsimile Number    :   408/286-0337

Attorneys for Defendant
NCO FINANCIAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE ROBINSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | NO. C05-04006 JCS<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

The Plaintiff and defendant NCO Financial Systems, Inc. Hereby stipulate by and through their respective attorneys of record that the time for NCO Financial Systems, Inc. to respond to the Plaintiff's Complaint shall be extended from October 30, 2005 to November 18, 2005.

Dated: October 20, 2005             /S/Lawrence L. Szabo
                                    Lawrence L. Szabo, Esq.
                                    Attorney for the Plaintiff

Dated: October 19, 2005             ERICKSEN, ARBUTHNOT, KILDUFF, DAY &
                                    LINDSTROM, INC.

Dated: 10/31/05

                                    /S/Julia F. Day
                                    JULIA F. DAY
                                    BENJAMIN A. EMMERT
                                    Attorneys for Defendant
                                    NCO FINANCIAL SYSTEMS, INC.

IT IS SO ORDERED
Judge Joseph C. Spero

1

Stipulation for Extension of Time to
File Response to Complaint

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: October 28, 2005        ERICKSEN, ARBUTHNOT, KILDUFF,
                                        DAY & LINDSTROM, INC.

                                        /S/Benjamin A. Emmert
                                        BENJAMIN A. EMMERT

Stipulation for Extension of Time to
File Response to Complaint