LAWRENCE L. SZABO (CASB No. 83974)
ATTORNEY AT LAW
3608 Grand Avenue
Oakland, CA 94610
Telephone: 510/834-4893
510/834-9220 (fax)

ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB No. 201730)
850 Main Street, Suite 201
Ramona, CA 92065
Telephone: 760/789-8000
760/789-8081 (fax)

WICKMAN & WICKMAN
STEVEN A. WICKMAN (CASB No. 165149)
CHRISTINA E. WICKMAN (CASB No. 236882)
5151 Murphy Canyon Road, Suite 100
San Diego, CA 92123
Telephone: 858/292-9999
858/277-3456 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ROBINSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO: C05-04006 CW<br><br>REQUEST TO PARTICIPATE TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE BY PLAINTIFF'S ATTORNEYS STEVEN A. WICKMAN AND CHRISTINA WICKMAN ; [PROPOSED] ORDER<br><br>Date:   February 03, 2006<br>Time:   1:30 p.m.<br>Judge:  Hon. Claudia Wilken |

1  TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR RESPECTIVE
2  ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that Steven A. Wickman, Esq. and Christina E. Wickman,
4  Esq., counsel for Plaintiff CARRIE ROBINSON, hereby respectfully request that they be
5  allowed to participate telephonically at the Case Management Conference currently scheduled
6  for February 03, 2006 at 1:30 p.m. The basis for this request is that the aforementioned counsel,
7  who are located in San Diego, have two case management conferences scheduled for February
8  03, 2006 in San Diego. Plaintiff's local counsel, Lawrence L. Szabo, Esq. will be appearing in
9  person at the Case Management Conference.
10      Respectfully submitted this 27th day of January, 2006 at San Diego, California,

_____
STEVEN A. WICKMAN
CHRISTINA E. WICKMAN
WICKMAN & WICKMAN
5151 Murphy Canyon Road, Suite 100
San Diego, CA 92123
Telephone: 858/292-9999
858/277-3456 (fax)

Attorneys for Plaintiff, Carrie Robinson

**ORDER**

It is so ordered.

2/3/06

Date:_____

_____
Hon. Claudia Wilken, District Court Judge

*Robinson v. NCO Financial Systems, Inc.*; Case No. C05-04006 CW

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times mentioned herein, a citizen of the United States employed in the City and County of San Diego, over the age of 18 years, and not a party to the within action; that declarant's business address is: 5151 Murphy Canyon Road, Suite 100, San Diego, CA 92123.

2. On January 27, 2006, I served: **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** by:

   <u>XX</u>   facsimile transmission

   \_\_\_\_\_  placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States mail, per ordinary business practices, at San Diego, California, addressed to the parties of the on the attached Service List.

3. That there is a regular communication by mail and/or facsimile between the place of mailing and the places so addressed.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this January 27, 2006 at San Diego, California

Christina E. Wickman

*Robinson v. NCO Financial Systems, Inc.*;  Case No. C05-04006 CW

**SERVICE LIST**

ATTORNEYS FOR PLAINTIFFS

Lawrence L. Szabo, Esq.
3608 Grand Avenue
Oakland, CA 94610

Elizabeth J. Arleo, Esq.
ARLEO LAW FIRM, PLC
850 Main Street, Suite 201
Ramona, CA 92065

ATTORNEYS FOR DEFENDANT

Julia F. Day, Esq.
Benjamin A. Emmert, Esq.
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, CA 95112

David Israel, Esq.
Brian D. Roth, Esq.
SESSIONS FISHMAN & NATHAN
38580 N. Causeway Blvd., Suite 1240
Metairie, LA 70002

Debbie P. Kirkpatrick, Esq.
3667 Voltaire Street
San Diego, CA 92106