```
 1  LAWRENCE L. SZABO (CASB No. 83974)
    ATTORNEY AT LAW
 2  3608 Grand Avenue
    Oakland, CA 94610
 3  Telephone: 510/ 834-4893
    510/ 834-9220 (fax)
 4
    ARLEO LAW FIRM, PLC
 5  ELIZABETH J. ARLEO (CASB No. 201730)
    850 Main Street, Suite 201
 6  Ramona, CA 92065
    Telephone: 760/ 789- 8000
 7  760/ 789-8081 (fax)

 8  WICKMAN & WICKMAN
    STEVEN A. WICKMAN (CASB No. 165149)
 9  CHRISTINA E. WICKMAN (CASB No. 236882)
    5151 Murphy Canyon Road, Suite 100
10  San Diego, CA 92123-4339
    Telephone: 858/ 292-9999
11  858/ 277-3456 (fax)

12  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ROBINSON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and DOES 1 though 25, inclusive,<br><br>Defendants. | Case No. C 05-04006 CW<br><br>STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING ALL PROCEEDINGS   AS MODIFIED |

The parties, through their respective counsel, hereby stipulate to a temporary stay of all proceedings in this action on the terms set forth below. This Stipulation and [Proposed] Order are made on the following grounds:

1. On February 7, 2006, following the Case Management Conference, the Court issued a Minute Order and Case Management Order:

    (a) directing the parties to Early Neutral Evaluation;

    (b) making 5/5/06 the deadline to add additional parties or claims; and

    (c) setting the following briefing schedule: Defendant files Rule 12 motion for judgment on the pleadings by 4/21/06; Plaintiff files single brief opposing Rule 12 motion and moving for class certification by 5/5/06; Defendant's opposition to class certification and reply to Rule 12 motion in single brief due 5/19/06; and Plaintiff's surreply due 5/26/06.

2. On March 7, 2006, the Court appointed Sandra J. Shapiro as Evaluator for this case.

3. On May 1, 2006, the parties and their counsel attended the Early Neutral Evaluation conference with Ms. Shapiro.

4. At the conference, the parties reached a settlement agreement in principle and anticipate entering into a formal, written settlement agreement in the near future and filing a joint motion for preliminary approval of the settlement by July 5, 2006.

5. The parties believe that a temporary stay of any proceedings in this action, including but not limited to motion practice, discovery and other proceedings, will avoid unnecessary costs to the Court and to the parties while the parties finalize a written settlement agreement and move for preliminary approval.

THEREFORE, the parties have agreed to a temporary stay of this action on the following terms:

1. All proceedings in this Court between the parties, including the filing of pleadings, motion practice and discovery, shall be stayed from May 2, 2006 through and including July 6, 2006.

2. The temporary stay is entered without prejudice to the parties entering into a further stipulation to extend the stay if circumstances warrant extension of the stay.

1      3.    During the pendency of this action, or until further order of this Court, all parties shall take reasonable steps to preserve all documents within his, her or its possession, custody or control containing information that is relevant to, or may reasonably lead to the discovery of information relevant to, the subject matter involved.

    4.    In the event that this action has not been finally settled and the joint motion for preliminary approval filed by the conclusion of the original temporary stay and any further temporary stay(s) in accordance with Paragraph 2, the dates set by the February 7, 2006 CMC Order shall be extended by the total length of the temporary stay(s) plus an additional 30 days.

IT IS SO STIPULATED.

DATED: May 2, 2006

    ARLEO LAW FIRM, PLC
    ELIZABETH J. ARLEO

_____
    ELIZABETH J. ARLEO

850 Main Street, Suite 201
Ramona, CA 92065
Telephone: 760/ 789- 8000
760/ 789- 8081 (fax)

Lawrence L. Szabo
ATTORNEY AT LAW
3608 Grand Avenue
Oakland, CA 94610
Telephone: 510/ 834-4893
510/ 834-9220 (fax)

WICKMAN & WICKMAN
Steven A. Wickman
Christina E. Wickman
5151 Murphy Canyon Road, Suite 100
San Diego, CA 92123-4339
Telephone: 858/ 292-9999
858/ 277-3456 (fax)

Attorneys for Plaintiff

| | |
|---|---|
| 1   DATED: May 2, 2006 | SESSIONS FISHMAN & NATHAN, LLP<br>BRYAN SHARTLE |

*[signature]*

_____
BRYAN SHARTLE

David Israel
Bryan Shartle
SESSIONS, FISHMAN & NATHAN, LLP
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metairie, LA 70002-1752
Telephone: 504/ 282-3700
504/ 828-3737 (fax)

Julia F. Day
Benjamin A. Emmert
ERICKSON, ARBUTHNOT, KILDUFF, DAY
& LINDSTROM, INC.
153 North Third Street, Suite 700
San Jose, CA 95112
Telephone: 408/ 286-0880
408/ 286-0337 (fax)

Debbie P. Kirkpatrick
3667 Voltaire Street
San Diego, CA 92106
Telephone: 619/ 222-3362
619/ 222-3667 (fax)

Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** EXCEPT THE FURTHER CASE MANAGMENT CONFERENCE REMAINS ON CALENDAR FOR 10/6/06.

DATED: 5/15/06 _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

*[Seal of the United States District Court, Northern District of California, with stamp: "IT IS SO ORDERED AS MODIFIED" and signature of Judge Claudia Wilken]*

05-1039 Stip-Order for Stay

STIPULATION AND [PROPOSED] ORDER STAYING ALL
PROCEEDINGS - C 05-04006 CW (MEJ)    - 3 -