UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARRIE ROBINSON, on Behalf of Herself and All Others Similarly Situated, | Case No.  C 05-04006 CW (MEJ) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR PERMANENT INJUNCTION |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC. and DOES 1 though 25, inclusive, | The Honorable Claudia Wilken |
| Defendants. | |

1   For purposes of this Stipulation and Order for Permanent Injunction, "NCO" shall mean

2   NCO Financial Systems, Inc. and any of its predecessors, successors, representatives, and agents.

3   WHEREAS, Carrie Robinson ("Plaintiff") is the named plaintiff in the above captioned class

4   action lawsuit against defendant NCO;

5   WHEREAS, on October 4, 2005, Plaintiff, filed her class action Complaint in the United

6   States District Court for the Northern District of California, entitled *Carrie Robinson v. NCO*

7   *Financial Systems, Inc.*, Case No. C 05-04006 CW (MEJ) alleging NCO violated the federal Fair

8   Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA" ) and the Rosenthal Fair Debt

9   Collection Practices Act, Civil Code § 1788 *et seq.* (the "Rosenthal Act") by sending a form

10  collection letter, attached to the Complaint as Exhibit A.

11  WHEREAS, on November 16, 2005, NCO filed its Answer denying any and all liability

12  alleged in the Complaint.

13  WHEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that the

14  following permanent injunction be entered by the Court without further notice or process:

15  1.    NCO shall immediately be prohibited from sending letters identifying as a former

16  creditor "Chase Providian."

17  2.    The Court shall retain jurisdiction to enter further orders as may be necessary or

18  appropriate to implement and/or enforce the provisions of this Stipulation and Order for Permanent

19  Injunction. NCO specifically consents to personal jurisdiction and venue in this Court.

20  IT IS SO STIPULATED:

21  DATED: January 1ᵇ, 2007          ARLEO LAW FIRM, PLC
                                     ELIZABETH J. ARLEO
22

23

24  _____
                                     ELIZABETH J. ARLEO
25  850 Main Street, Suite 201
    Ramona, CA 92065
26  Telephone: 760/ 789- 8000
    760/ 789- 8081 (fax)
27
    LAWRENCE L. SZABO
28  ATTORNEY AT LAW

1                                            3608 Grand Avenue
Oakland, CA 94610

2                                            Telephone:  510/ 834-4893
510/ 834-9220 (fax)

3

4                                            WICKMAN & WICKMAN
STEVEN A. WICKMAN

5                                            CHRISTINA E. WICKMAN
5151 Murphy Canyon Road, Suite 100

6                                            San Diego, CA 92123-4339
Telephone:  858/ 292-9999

7                                            858/ 277-3456 (fax)

8                                            Attorneys for Plaintiff

9

10  DATED:    _1/16/º7_                     SESSIONS, FISHMAN & NATHAN

11                                                IN CALIFORNIA, LLP
DEBBIE P. KIRKPATRICK (CSB No. 207112)

12

13                                              _____

14                                            DEBBIE P. KIRKPATRICK

15                                            3667 Voltaire Street
San Diego, California 92106

16                                            Telephone:  619/ 758-1891
619/ 222-3667 (fax)

17                                            ERICKSEN, ARBUTHNOT, KILDUFF,

18                                              DAY & LINDSTROM, INC.
BENJAMIN A. EMMERT

19                                            152 North Third Street, Suite 700
San Jose, California  95112-5660

20                                            Telephone:  408/ 286-0880
408/ 286-0337 (fax)

21

22                                            SESSIONS, FISHMAN & NATHAN, L.L.P.

23                                            DAVID ISRAEL (LSB No. 7174)
BRIAN ROTH (LSB No. _22148)

24                                            BRYAN SHARTLE (LSB No. 27640)
3850 North Causeway Blvd.

25                                            Lakeway Two, Suite 1240
Metairie, Louisiana  70002-1752

26                                            Telephone: (504) 828-3700
504/ 828-3737 (fax)

27

28  05-1039 Stip for Perm Injunction



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Claudia Wilken

STIPULATION FOR PERMANENT INJUNCTION
C 05-04006 CW (MEJ)               - 2 -